UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

File No: 1:07-CR-111

v.

HON. ROBERT HOLMES BELL

ROBERT GERALD TENBRINK, II,

    Defendant.
    _____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (docket # 33) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count 2 of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Date:    August 14, 2007        /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            CHIEF UNITED STATES DISTRICT JUDGE